

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00362-CV

**DONALD CROW,**

**Appellant**

v.

**GATEWAY FOUNDATION, INC, RANDALL MCLAURIN, AND ANDREA CANUL,**

**Appellees**

### From the 278th District Court
### Walker County, Texas
### Trial Court No. 1627841

## MEMORANDUM OPINION

Donald Crow filed a notice of appeal on November 26, 2018. By letter dated November 29, 2018, this Court notified Crow that the appeal was subject to dismissal because the notice of appeal was untimely. The Clerk also warned Crow that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal. *See* TEX. R. APP. P. 44.3. Crow did not file a response.

Accordingly, this appeal is dismissed.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 2, 2019
 [CV06]

